（75 South. 882）

MOBILE COUNTY et al. v. WHITE.
(1 Div. 974.)

(Supreme Court of Alabama. May 10, 1917.)

Appeal from Chancery Court, Mobile County; Thomas H. Smith, Chancellor.

Suit by Frank S. White against the County of Mobile and others. From a decree for complainant, defendants appeal. Reversed and remanded.

Gordon & Edington, of Mobile, for appellants. Rickarby & Austill, of Mobile, for appellee.

MAYFIELD, J. Reversed and remanded on the authority of County of Mobile v. Knapp, 75 South. 881, ante, p. 114.